ORIGINAL

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia
### Newport News Division

FILED
SEP - 3 2010
CLERK, US DISTRICT COURT
NORFOLK, VA

TOMMY L. ADAMS
)
)
*Plaintiff*
)
)   Civil Action No. 4:10cv102
STERLING FINANCIAL, INC., AND
EXPERIAN INFORMATION SOLUTIONS, INC. AND
EQUIFAX INFORMATION SERVICES, LLC.
)
)
*Defendant*
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   EQUIFAX INFORMATION SERVICES, LLC
SERVE: Corporation Service Company, Registered Agent
11 S. 12th Street
Richmond, Virginia 23218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gary L. Abbott, Esquire
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo
*CLERK OF COURT*

Date: 8/23/10

L. Woodcock   *Signature of Clerk or Deputy Clerk*

281140 -1

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0____ .

I declare under penalty of perjury that this information is true.

Date: _____
                                              _____
                                              *Server's signature*

                                              _____
                                              *Printed name and title*


                                              _____
                                              *Server's address*

Additional information regarding attempted service, etc:

# CERTIFICATE
# OF
# CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at 11 South 12th Street, P.O. Box 1463, Richmond, Virginia, 23219.

   (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

   (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

| | | |
|---|---|---|
| Beverley L. Crump | Rene Nordquist | Meda Sterrett |
| Nicole T. McCallum | ~~Pamela Frazier~~ | Linda B. Liles |
| Amy Tarker | Janet Taylor | Kari Childress |
| John Isom | | |

**WHEREFORE,** Corporation Service Company has caused its corporate name to be hereunto subscribed this 27th day of August 2010.

CORPORATION SERVICE COMPANY

BY: _____
George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 24 day of August 2010, by George A. Massih III.

_____
Notary Public

My Commission Expires: 8-5-12

[Notary Seal: JAN B. WOZNICK, APPOINTED AUGUST 5, 2008, TERM 4 YEARS, NOTARY PUBLIC, DELAWARE]

252180-1
9/27

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA                                    SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA, NEWPORT NEWS DIV.**

STATE/COMMONWEALTH OF: VA

252180 - 1

TOMMY L. ADAMS

In re / v.

STERLING FINANCIAL, INC., ET AL

CASE NO:

**4:10cv102**

---

## PERSON FOUND IN CHARGE EQUIFAX INFORMATION SERVICES, LLC

### CORPORATION SERVICE COMPANY, REGISTERED AGENT

### 11 S. 12TH STREET, RICHMOND, VA 23218

is the name and address of the person upon whom service of the following is to be made.

Document(s) Served:   **SUMMONS IN A CIVIL ACTION**
                      **COMPLAINT**

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:        **8/31/2010**   @   **1:50 PM**

METHOD OF SERVICE:

*Being unable to make personal service, a copy was delivered in the following manner:*

*Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport  Service accepted by:*
***RENE NORDQUIST, AUTHORIZED RECIPIENT***

Dated: 9/1/2010                    Signature

Name: LARAINE NICOLE JOHNSON

COMMONWEALTH OF VIRGINIA

CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by

LARAINE NICOLE JOHNSON

who is personally known to me.

Date: 9/1/2010

My commission expire   10/31/2011

Signature of Notary Public:   CRYSTAL M. C. KLEIBER, REG. #329597

CRYSTAL M. C. KLEIBER, REG. #329597
Notary Public
Commonwealth of Virginia
My Commission Expires: 10/31/2011

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

IDA FINIFTER

252180 - 1

ORIGINAL

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Newport News Division

FILED
SEP - 3 2010
CLERK, US DISTRICT COURT
NORFOLK, VA

TOMMY L. ADAMS

*Plaintiff*

v.

STERLING FINANCIAL, INC., AND
EXPERIAN INFORMATION SOLUTIONS, INC. AND
EQUIFAX INFORMATION SERVICES, LLC.

*Defendant*

Civil Action No. 4:10cv102

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    STERLING FINANCIAL, INC.
SERVE: Secretary of the Commonwealth
1111 East Broad Street, 4th Floor
Richmond, Virginia 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gary L. Abbott, Esquire
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo
*CLERK OF COURT*

Date: 8/23/10

L. Woodcock    *Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA | SERVICE OTHER THAN BY VIRGINIA SHERIFF |

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA, NEWPORT NEWS DIV.**

STATE/COMMONWEALTH OF: VA

252180 - 3

TOMMY L. ADAMS

In re / v.

STERLING FINANCIAL, INC., ET AL

CASE NO:

**4:10cv102**

### PERSON FOUND IN CHARGE STERLING FINANCIAL, INC.

#### SECRETARY OF THE COMMONWEALTH

1111 E BROAD ST, 4TH FLOOR, RICHMOND, VA 23219

is the name and address of the person upon whom service of the following is to be made.

**Document(s) Served:** SUMMONS IN A CIVIL ACTION
COMPLAINT

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

**Date and time of service:** 8/31/2010 @ 1:10 PM

**METHOD OF SERVICE:**

*Being unable to make personal service, a copy was delivered in the following manner:*

*Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport Service accepted by:*

**MARIA OCHOA, OFFICE OF S.O.C.**

Dated: 9/1/2010 Signature

Name: LARAINE NICOLE JOHNSON

COMMONWEALTH OF VIRGINIA
CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by

LARAINE NICOLE JOHNSON

who is personally known to me.

Date: 9/1/2010

My commission expire 10/31/2011

Signature of Notary Public: CRYSTAL M. C. KLEIBER, REG. #329597

CRYSTAL M. C. KLEIBER, REG. #329597
Notary Public
Commonwealth of Virginia
My Commission Expires: 10/31/2011

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

IDA FINIFTER

252180 - 3